## BALLEW *et al. v.* TEW & ELLISON.

LEWIS, J.   The verdict for the defendants in this case being demanded by
the evidence, the court committed no error in directing the jury to find
in their favor.   If there was any error of law committed by the court in
the various rulings complained of, such error was immaterial and there-
fore harmless to the plaintiffs in error.

> *Judgment affirmed. All the Justices concurring.*

Argued March 24, — Decided April 22, 1899.

Complaint. Before Judge Harris. City court of Floyd county. November 15, 1897.

*Henry Walker*, for plaintiffs:

*Rowell & Rowell* and *McHenry & Nunnally*, for defendants.